UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

EDWARD GORDON NEWHOUSE,

       Petitioner,                       Case No. 2:19-cv-87

v.                                             Honorable Paul L. Maloney

DANIEL LESATZ,

       Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this date,

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: May 7, 2019                    /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge