UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

EDWARD GORDON NEWHOUSE,

       Petitioner,

v.

DANIEL LESATZ,

       Respondent.
_____/

Case No. 2:19-cv-87

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion entered this date,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: May 7, 2019                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge